1
2
3
4
5                       **UNITED STATES DISTRICT COURT**
6                            **DISTRICT OF NEVADA**
7    MIGUEL ANGEL CEPEDA CARRASCO,        )
8              Plaintiff,                 )
9         v.                              )          2:17-cv-01879-JAD-CWH
10   STATE OF NEVADA CLARK COUNTY,        )          **ORDER**
11             Defendant.                 )
                                          )
12   _____   )
13   **I.      DISCUSSION**

14          This action is a *pro se* civil rights complaint filed pursuant to 42 U.S.C. § 1983 by an

15   individual who has been released from the custody of the Clark County Detention Center.

16   Plaintiff has neither submitted an application to proceed *in forma pauperis* or paid the full $400

17   filing fee for a civil action. (ECF No. 1).  The Court now directs Plaintiff to file an application

18   to proceed *in forma pauperis* by a non-prisoner within thirty (30) days from the date of this

19   order or pay the full filing fee of $400.  The Court will retain Plaintiff's civil rights complaint

20   (ECF No. 1-1), but will not file it until the matter of the payment of the filing fee is resolved.

21   **II.     CONCLUSION**

22          For the foregoing reasons, IT IS ORDERED that the Clerk of the Court SHALL SEND

23   Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well

24   as the document entitled information and instructions for filing an *in forma pauperis*

25   application.

26          IT IS FURTHER ORDERED that within **thirty (30) days** from the date of this order,

27   Plaintiff shall either: (1) file a fully complete application to proceed *in forma pauperis* for non-

28   prisoners; or (2) pay the full filing fee of $400.

1        IT IS FURTHER ORDERED that if Plaintiff does not timely comply with this order, dismissal of this action may result.

IT IS FURTHER ORDERED that the Clerk of the Court shall retain the complaint (ECF No. 1-1), but shall not file it at this time.

DATED: July 12, 2017

_____
United States Magistrate Judge